**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | IC Media Results, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | FDBA Illingworth Communications |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 41-1930847 |

4. **Debtor's address**

**Principal place of business**

574 Prairie Center Dr.
Suite 135-419
Eden Prairie, MN 55344
Number, Street, City, State & ZIP Code

Hennepin
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    IC Media Results, Inc.                                        Case number *(if known)* _____
_____
Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    IC Media Results, Inc.                                          Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 2, 2023
               MM / DD / YYYY

**X** /s/  Rebecca Penichot                              Rebecca Penichot
Signature of authorized representative of debtor         Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Kenneth Edstrom                    Date   June 2, 2023
Signature of attorney for debtor                    MM / DD / YYYY

Kenneth Edstrom
Printed name

Sapientia Law Group
Firm name

120 South Sixth Street Suite 100
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone   (612) 756-7100        Email address   kene@sapientialaw.com

MN
Bar number and State

**Fill in this information to identify the case:**

Debtor name    IC Media Results, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 2, 2023     **X** /s/   Rebecca Penichot
                                       Signature of individual signing on behalf of debtor

                                     Rebecca Penichot
                                     Printed name

                                     President
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    IC Media Results, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................    $        0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $      1,753,672.54

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $      1,753,672.54

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      1,006,494.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................    $        0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      1,927,197.49

4.  **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b    $      2,933,691.49

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ IC Media Results, Inc. _____

United States Bankruptcy Court for the: _____ DISTRICT OF MINNESOTA _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

| 11b. Over 90 days old: | 1,753,572.54 | - | 0.00 | =.... | $1,753,572.54 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| $1,753,572.54 |
| --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | IC Media Results, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laptop | $0.00 | | $100.00 |

| | | |
|---|---|---|
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

| **43.** **Total of Part 7.** | |
|---|---|
| Add lines 39 through 42.    Copy the total to line 86. | $100.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.    Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page  2

| Debtor | IC Media Results, Inc. | Case number *(If known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

60. **Patents, copyrights, trademarks, and trade secrets**
TM on IC Media Results                           $0.00                                                    $0.00

61. **Internet domain names and websites**
www.icmediaresults.com (inactive)                $0.00                                                    $0.00

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|--|-----------------------------------|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Indemnification Claim v. Northern Tool and Equipment in
Launch Media Collection litigation                                         Unknown

| **Nature of claim** | Indemnity |
|---------------------|-----------|
| **Amount requested** | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | IC Media Results, Inc. | Case number *(If known)* | |
| | Name | | |

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | | $0.00 |
    | --- | --- |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | IC Media Results, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,753,572.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,753,672.54 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,753,672.54 |

**Fill in this information to identify the case:**

Debtor name: **IC Media Results, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Forward Financing, LLC**<br>Creditor's Name<br><br>53 State St 20th Flr<br>Boston, MA 02109<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br>Claimed interest in A/R<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $31,494.00 | $0.00 |
| **2.2** | Small Business Administration<br>Creditor's Name<br><br>409 3rd St SW<br>Washington, DC 20416<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2021<br>**Last 4 digits of account number**<br>7804<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br>Claimed Blanket Lien, no UCC filing found<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $500,000.00 | $0.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| 2.3 | Sunrise Bank | Describe debtor's property that is subject to a lien | $475,000.00 | $0.00 |
|-----|--------------|---|---|---|
| | Creditor's Name | | | |

525 Washington Ave N
Minneapolis, MN 55401

Creditor's mailing address

**Describe the lien**
Blanket Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,006,494.00 |
|----|---|---|

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|--------------------|-----------------------------------------------------------|------------------------------------------------|
| US Attorney's Office c/o Adine Momoh, Esq. 300 S 4th St  Minneapolis, MN 55415 | Line  2.2 | |

**Fill in this information to identify the case:**

Debtor name ___IC Media Results, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>8105 Georgia, LLC<br>8105 Georgia St<br>Merrillville, IN 46410 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,100.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _2631_ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Alpha Media - Amarillo<br>3505 Olsen Blvd #117<br>Amarillo, TX 79109 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $820.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _3978_ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Audacy Inc.<br>625 2nd Ave S<br>#200<br>Minneapolis, MN 55402 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,812.20 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _3354_ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Beasley FM Acquisition<br>508 Person St<br>Fayetteville, NC 28301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $669.80 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _3323_ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Beasley FM Acquisition<br>508 Person St<br>Fayetteville, NC 28301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,009.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _4493_ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,500.00

Clear Channel Outdoor
3225 Spring St NE
Minneapolis, MN 55413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2733

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $153.00

Ft Myers Broadcasting
2824 Palm Beach Blvd
Fort Myers, FL 33916

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 8259

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,331.25

Good Karma Broadcasting-White Sox
301 W Wisconsin Avenue
Suite 200
Milwaukee, WI 53203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 1444

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,332.00

Hall Communications - WWRZ & WPCV
404 West Lime Street
Lakeland, FL 33815-4651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 5958

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,666.00

Hall Communications - WWRZ & WPCV
404 West Lime Street
Lakeland, FL 33815-4651

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6183

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $510.00

ICA Radio - KCHX Odessa
1330 E 8th St
Ste 207
Odessa, TX 79761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9631

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $510.00

ICA Radio - KCHX Odessa
1330 E 8th St
Ste 207
Odessa, TX 79761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9661

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,349,003.50

iHeart Radio
20880 Stone Oak Pkwy
San Antonio, TX 78258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,198.50

KBGT LaVoz 93.3
209 s Danville Dr Ste a-100
Abilene, TX 79605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0089_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $399.50

KBGT LaVoz 93.3
209 S Danville Dr Ste A-100
Abilene, TX 79605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0083_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,575.50

KNUE/KKTX
3810 Brookside Dr
Tyler, TX 75701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $782.00

KQDS
11 E Superior St Ste 380
Duluth, MN 55802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $884.00

KXTQ FM Lubbock
PO Box 3757
Lubbock, TX 79452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _2639_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00

Lamar Media
c/o Don Mayeux
5321 Corporate Blvd
Baton Rouge, LA 70808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _4842_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $481,911.75

Launch Media
804 Main Street
Baton Rouge, LA 70802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _5760_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00

Midwest Billboards
930 W Douglas Ave Ste E
Wichita, KS 67203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1855_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com |

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $586.50
Midwest Communications - Duluth - KQDS
11 E Superior St
#380
Duluth, MN 55802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 4574

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $271.68
Midwest Communications - WGEE/WYDR
Apple
1420 Bellevue St
Appleton, WI 54311-5649

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 6799

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00
Outfront Media
901 S Marquette Ave
Unit 600
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 7844

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,101.60
Prophecy Media Group Waco
6401 Cobbs Dr
Waco, TX 76710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0199

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $734.40
Prophecy Media Group Waco
6401 Cobbs Dr
Waco, TX 76710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0192

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,100.00
Reagan Outdoor - Indianapolis
511 Madison Ave
Indianapolis, IN 46225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00
Reagan Outdoor - Indianapolis
511 Madison Ave
Indianapolis, IN 46225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 8591

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $734.40
Telemedia - Fredericksburg
4414 Lafayette Blvd
Ste 100
Fredericksburg, VA 22408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0306_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $765.00
Telemedia - Fredericksburg
4414 Lafayette Blvd
Ste 100
Fredericksburg, VA 22408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0412_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,395.70
Townsquare Amarillo KATP FM
5406 Winners Circle
Amarillo, TX 79110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0010_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,382.95
Townsquare Amarillo KATP FM
5406 Winners Circle
Amarillo, TX 79110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0011_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,244.00
Townsquare Media - LAF
1749 Bertrand Dr
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _9863_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $748.00
Townsquare Media - LAF
1749 Bertrand Dr
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _9864_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,535.10
Townsquare Media - Odessa
11300 State Highway 191
Bldg 2
Midland, TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1698_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $511.70

Townsquare Media - Odessa
11300 State Highway 19
Bldg 2
Midland, TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1699_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,315.40

Townsquare Media St Cloud
640 SE Lincoln Ave SE
Saint Cloud, MN 56304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _6768_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $771.80

Townsquare Media St Cloud
640 SE Lincoln Ave SE
Saint Cloud, MN 56304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _6769_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,575.50

Townsquare Media Tyler (KNUE/KKTX)
3810 Brookside Dr
Tyler, TX 75701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1868_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $858.50

Townsquare Media Tyler (KNUE/KKTX)
3810 Brookside Dr
Tyler, TX 75701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1869_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,520.75

WFXG TV Augusta
3933 Washington Rd
Augusta, GA 30907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _8475_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,020.00

WGAC Beasley Augusta
PO Box 1556
Columbus, GA 31902-1556

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _6573_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $543.36

WGEE/WYDR
1420 Bellevue St
Appleton, WI 54311-5649

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $705.50 |
|------|--------|--------|---------|
| | WOGK-FM/WYND-FM<br>3602 NE 20th Pl<br>Ocala, FL 34470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  5090 | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,307.00 |
|------|--------|--------|---------|
| | WWRC & WPCV<br>404 W Lime St<br>Lakeland, FL 33815-4651 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|--------------------------------------------------------------------------|------------------------------------------|
| 4.1 | Audacy Inc.<br>1801 N Stetson Ave Ste 1250<br>Chicago, IL 60601 | Line  3.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Clear Channel Outdoor<br>PO Box 847247<br>Dallas, TX 75284-7247 | Line  3.6<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Clear Channel Outdoor<br>PO Box 402379<br>Atlanta, GA 30384-2379 | Line  3.6<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Goldman, Evans and Trammell<br>1`0323 Cross Creek Blvd Ste F<br>Tampa, FL 33647 | Line  3.27<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Good Karma Broadcasting<br>190 N State St 7th Flr<br>Chicago, IL 60601-3302 | Line  3.8<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Gurstel Law Firm, P.C.<br>6681 Country Club Drive<br>Golden Valley, MN 55427 | Line  3.6<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | ICA Radio<br>PO Box 610062<br>Dallas, TX 75261-0062 | Line  3.11<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Outfront Media<br>c/o Lancey Baskett<br>185 Hwy 46<br>Fairfield, NJ 07004 | Line  3.24<br><br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

| Debtor | IC Media Results, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | Regan Outdoor Indianapolis<br>PO Box 958289<br>Saint Louis, MO 63195-8289 | Line 3.27<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Richard T. Avis Attorney<br>Atn: Paul Mette<br>PO Box 31579<br>Chicago, IL 60631 | Line 3.17<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Richard T. Avis, Atty<br>Attn: Paul Mette<br> P.O. Box 31579<br>Chicago, IL 60631 | Line 3.43<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Szabo Associates<br>Attn: Michael Peterson<br>3355 Lenox Rd NE Ste 945<br><br>Atlanta, GA 30326 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Szabo Associates<br>Attn: Michael Peterson<br>3355 Lenox Rd NE Ste 945<br><br>Atlanta, GA 30326 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Szabo Associates<br>Attn: Michael Peterson<br>3355 Lenox Rd NE Ste 945<br><br>Atlanta, GA 30326 | Line 3.41<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Townsquare Media<br>PO Box 731227<br>Dallas, TX 75373-1227 | Line 3.34<br>☐ Not listed. Explain ____ | _ |
| 4.16 | WFXG TV<br>3914 Wistar Rd<br>Henrico, VA 23228 | Line 3.41<br>☐ Not listed. Explain ____ | _ |
| 4.17 | WOGK/WYND<br>1901 E Ft King St<br>Ocala, FL 34471 | Line 3.44<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,927,197.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,927,197.49 |

**Fill in this information to identify the case:**

Debtor name ___IC Media Results, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___IC Media Results, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State        Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State        Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State        Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name ___IC Media Results, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MINNESOTA___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $228,649.90 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $5,623,406.18 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $5,663,521.36 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | IC Media Results, Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   See Attached Checking Acct Reg | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Launch Media | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    IC Media Results, Inc.                                                      Case number *(if known)*

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sapientia Law Group<br>120 S 6th Ste 100<br>Minneapolis, MN 55402 | | May, 2023 | $11,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>Debtor paid $5,500, Debtor's President paid $5,500 | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    IC Media Results, Inc.

Case number *(if known)*

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    IC Media Results, Inc.                                                Case number *(if known)*

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  Tinto Kitchen 4959 Penn Ave. S. Minneapolis, MN 55419 | Hospitality-Restaurant | **EIN:**  47-2562201  **From-To**  2015 - present |
| 25.2.  The Malt Shop 809 W. 50th St. Minneapolis, MN 55419 | Hospitality-Restaurant | **EIN:**  **From-To**  2022 - present |

---

| Debtor | IC Media Results, Inc. | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Heintz & Clark<br>3340B Annapolis Lane N<br>Plymouth, MN 55447 | 2017 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rebecca Illingworth Pinchot | c/o<br>574 Prairie Center Dr.<br>Suite 135-419<br>Eden Prairie, MN 55344 | Owner and President | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | IC Media Results, Inc. | Case number *(if known)* |
|--------|------------------------|--------------------------|

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 2, 2023

/s/   Rebecca Penichot                               Rebecca Penichot
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Checking3-11

| 05/25/2023 | -35 | * | | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 05/24 $668.20 FORWARDFINANCING 8882449099 457F2FF1F706 ILLINGWORTH COMMUNICAT | e-check (see e-check spreadsheet |
|---|---|---|---|---|---|
| 05/24/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 457F2FF1F706 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/23/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 3802E9981929 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/22/2023 | -17528.2 | * | 2042 | CHECK # 2042 | e-check noted |
| 05/22/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 19B33C3A2840 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/22/2023 | 6500 | * | | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JM6RY7G ON 05/22/23 | Personal checking account transfer to this account |
| 05/22/2023 | 14000 | * | | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JM5CHWP ON 05/22/23 | Personal checking account transfer to this account |
| 05/22/2023 | 4500 | * | | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JLRTFDB ON 05/20/23 | Personal checking account transfer to this account |
| 05/22/2023 | -35 | * | | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 05/19 $668.20 FORWARDFINANCING 8882449099 6862B52B2B22 ILLINGWORTH COMMUNICAT | |
| 05/22/2023 | -5405.54 | * | | NORTHWESTERN MU PYMNT TEL 230518 4262402 R ILLINGWORTH PENICHO | Life Insurance |
| 05/19/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 6862B52B2B22 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/19/2023 | 800 | * | | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JLFFY2C ON 05/19/23 | Personal checking account transfer to this account |
| 05/19/2023 | -35 | * | | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 05/18 $973.95 AMERICAN EXPRESS ACH PMT 230518 A2468 THIERRY PENICHOT | |
| 05/18/2023 | -973.95 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230518 A2468 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 05/18/2023 | -3283.28 | * | | BUSINESS TO BUSINESS ACH SUNRISE BANKS ACH XFERS 051723 Loan Payment #4000106479 | Loan Payment |
| 05/18/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 52BE17C6A720 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/18/2023 | -301.33 | * | | COMCAST 8495753 105413156 230517 1343816 REBECCA *ILLINGWORTH | Payment for utilities |
| 05/18/2023 | 4000 | * | | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JL4VK89 ON 05/18/23 | Personal checking account transfer to this account |
| 05/17/2023 | -510.45 | * | 2041 | CHECK # 2041 | e-check noted |

| 05/17/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 A569302E803A ILLINGWORTH COMMUNICAT | Loan Payment |
|---|---|---|---|---|
| 05/17/2023 | 1000 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JKVMXR9 ON 05/17/23 | Personal checking account transfer to this account |
| 05/16/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 536DA06F2A6B ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/15/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 73EBC1B441F6 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/15/2023 | -5500 | * | CHECK | Bankruptcy Retainer |
| 05/15/2023 | 5500 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JKCYVZV ON 05/15/23 | Personal checking account transfer to this account |
| 05/12/2023 | -2498 | * | BUSINESS TO BUSINESS ACH SBA EIDL LOAN PAYMENT 230511 0000 2434937804 | Loan Payment |
| 05/12/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 D259D908B089 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/11/2023 | -340.78 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 CEA1E412E868 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/10/2023 | -5405.54 | * | NORTHWESTERN MU PYMNT TEL 230509 4262402 R ILLINGWORTH PENICHO | Life Insurance |
| 05/10/2023 | -340.78 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 656FFAEF93AF ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/10/2023 | -125 | * | LEGAL ORDER FEE DEBIT CASE# 33241623 | State Fee |
| 05/10/2023 | -736.13 | * | LEGAL ORDER DEBIT - CONTACT MINNESOTA DEPARTMENT OF REVENUE (651) 556-3003 - Case# 33241623 | State Fee |
| 05/10/2023 | 10000 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JHX79J6 ON 05/10/23 | Personal checking account transfer to this account |
| 05/09/2023 | -340.78 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 330B8070B13C ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/09/2023 | -273.78 | * | VERIZON WIRELESS PAYMENTS 230509 048905990700001 0000000048905990700001 | Utility Payment |
| 05/08/2023 | -2500 | * | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230508 W9712 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 05/08/2023 | -1500 | * | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230508 W8044 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 05/08/2023 | -5405.54 | * | NORTHWESTERN MU RQST TEL 230505 4262402 R ILLINGWORTH PENICHO | Life Insurance |
| 05/08/2023 | -340.78 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 EF8BF195AB98 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/08/2023 | -2500 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JHH3FHX ON 05/08/23 | Personal checking account transfer to this account |

| 05/05/2023 | -600 | * | 2038 | CHECK # 2038 | e-check noted |
|---|---|---|---|---|---|
| 05/05/2023 | -2251.21 | * | | NORTHWESTERN MU ISA PYMENT 230504 4425066 R ILLINGWORTH PENICHO | Life Insurance |
| 05/05/2023 | -681.56 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 2EC69477717B ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/04/2023 | -1000 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230504 W9438 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 05/04/2023 | -340.78 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 69766A083F0C ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/04/2023 | -8000 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JGF8CTX ON 05/04/23 | Personal checking account transfer to this account |
| 05/04/2023 | -22437.2 | * | | DEPOSITED OR CASHED CHECK | e-check noted |
| 05/04/2023 | -1000 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JG9MHM2 ON 05/04/23 | Personal checking account transfer to this account |
| 05/04/2023 | 51825.68 | * | | RISE AND SHINE A IC Media R May 04 Invoice 202107 | e-check noted |
| 05/04/2023 | -340.78 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 DEE7F8A49ED1 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/02/2023 | -35 | * | | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 05/01 $500.00 AMERICAN EXPRESS ACH PMT 230501 W2330 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 05/01/2023 | -500 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230501 W2330 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 05/01/2023 | -340.78 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 462CB4A5C812 ILLINGWORTH COMMUNICAT | Loan Payment |
| 05/01/2023 | -300 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JFGSJJG ON 05/01/23 | Personal checking account transfer to this account |
| 05/01/2023 | -500 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JDQDY9T ON 04/28/23 | Personal checking account transfer to this account |
| 04/28/2023 | -340.78 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 2B58B4FD5EA9 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/28/2023 | -218.23 | * | | BUSINESS TO BUSINESS ACH ADP PAYROLL FEES ADP FEES 230428 940125047868 631769802ILLINGWORTH C | Payroll Fee |
| 04/27/2023 | -883.41 | * | | West Bend Mutual 8002365002 3849993582 Rebecca Penichot Thi | Insurance Payment (now switched to |
| 04/27/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 89E922FF32B0 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/27/2023 | -2000 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JD63FYP ON 04/27/23 | Personal checking account transfer to this account |

| 04/27/2023 | 2000 | * | ONLINE TRANSFER FROM ILLINGWORTH COMMUNICATIONS, INC BUSINESS PLATINUM SAVINGS XXXXXX9411 REF #IB0JD3MZSM ON 04/27/23 | Moved from savings which is now at $0 |
|---|---|---|---|---|
| 04/26/2023 | -1500 | * | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230426 W2712 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 04/26/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 A4A31D0F7300 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/26/2023 | -300 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JCZBHLB ON 04/26/23 | Personal checking account transfer to this account |
| 04/26/2023 | 2500 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JCZBBWR ON 04/26/23 | Personal checking account transfer to this account |
| 04/26/2023 | 3000 | * | ONLINE TRANSFER FROM ILLINGWORTH COMMUNICATIONS, INC BUSINESS PLATINUM SAVINGS XXXXXX9411 REF #IB0JCZB7K3 ON 04/26/23 | Moved from savings which is now at $0 |
| 04/26/2023 | 1231.54 | * | MOBILE DEPOSIT : REF NUMBER :609260638323 | Check deposit |
| 04/26/2023 | -35 | * | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 04/25 $668.20 FORWARDFINANCING 8882449099 A5D059DED7D1 ILLINGWORTH COMMUNICAT | |
| 04/25/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 A5D059DED7D1 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/24/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 9354954428DD ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/24/2023 | 365 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0JCFWCCM ON 04/24/23 | Personal checking account transfer to this account |
| 04/21/2023 | -1000 | * | BARCLAYCARD US CREDITCARD XXXXX1045 REBECCA ILLINGWORTH | Payment to Master Card (now paying from |
| 04/21/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 0074A88623AB ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/21/2023 | -417.54 | * | BARCLAYCARD US CREDITCARD XXXXX8349 REBECCA ILLINGWORTH | Payment to Master Card (now paying from |
| 04/20/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 D4B961A4F039 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/20/2023 | -5000 | * | ONLINE TRANSFER TO ILLINGWORTH COMMUNICATIONS, INC BUSINESS PLATINUM SAVINGS XXXXXX9411 REF #IB0JBC3F84 ON 04/20/23 | Moved from savings which is now at $0 |
| 04/20/2023 | 8000 | * | PERSHING BROKERAGE 230419 PW1-007834-1PCD ILLINGWORT | 529 Payment for son's college |
| 04/19/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 4F6836FC4931 ILLINGWORTH COMMUNICAT | Loan Payment |

| Date | Amount | * | Check | Description | Notes |
|---|---|---|---|---|---|
| 04/19/2023 | 1300 | * | | ONLINE TRANSFER FROM TINTO COCINA + CANTINA LLC BUSINESS CHECKING XXXXXX8815 REF #IB0JB5B5BM ON 04/19/23 | Loan from Tinto Kitchen |
| 04/19/2023 | -35 | * | | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 04/18 $29,851.64 CHECK # 02037 | |
| 04/18/2023 | -29851.6 | * | 2037 | CHECK # 2037 | e-check noted |
| 04/18/2023 | -998.1 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230418 A9438 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 04/18/2023 | -1000 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230418 W8838 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 04/18/2023 | -3327.09 | * | | BUSINESS TO BUSINESS ACH SUNRISE BANKS ACH XFERS 041523 Loan Payment #4000106479 | Loan Payment |
| 04/18/2023 | -695.11 | * | | COMCAST CABLE 230417 3454697 REBECCA *ILLINGWORTH | Utility Payment |
| 04/18/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 AA15F81678EE ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/18/2023 | -500 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J9Z5S9M ON 04/18/23 | Payroll payment |
| 04/17/2023 | -1014.51 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230417 A7100 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 04/17/2023 | -1500 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230417 W6156 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 04/17/2023 | -500 | * | | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230417 W9372 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 04/17/2023 | -668.2 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 D8F6EE6ED3DD ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/17/2023 | -1000 | * | 2036 | CHECK # 2036 | e-check noted |
| 04/17/2023 | -4000 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J94K3PK ON 04/15/23 | Payroll payment |
| 04/17/2023 | 30000 | * | | PERSHING BROKERAGE 230414 PW1-007834-1PCD ILLINGWORT | 529 Payment for son's college |
| 04/14/2023 | -1200 | * | 2034 | CHECK # 2034 | e-check noted |
| 04/14/2023 | -200.46 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 EB7633A41CC6 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/14/2023 | -500 | * | | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J8T97X9 ON 04/14/23 | Payroll payment |
| 04/13/2023 | -200.46 | * | | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 7C27075ED0DA ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/13/2023 | -3600 | * | 2035 | CASHED CHECK # 2035 | e-check noted |
| 04/13/2023 | -10 | * | | ONLINE TRANSFER TO ILLINGWORTH COMMUNICATIONS, INC BUSINESS PLATINUM SAVINGS XXXXXX9411 REF #IB0J8DGJ6V ON 04/13/23 | Savings account deposit |

| 04/13/2023 | -4000 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J8DGGTL ON 04/13/23 | Payroll payment |
|---|---|---|---|---|
| 04/12/2023 | -714.02 | * | VW CREDIT, TEL. TEL DEBIT 230411 PTEL8133513532 THIERRY PENICHOT | Lease auto payment (now paying through |
| 04/12/2023 | -709 | * | VW CREDIT, TEL. TEL DEBIT 230411 PTEL8133573498 THIERRY PENICHOT | Lease auto payment (now paying through |
| 04/12/2023 | -200.46 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 9E94A9FC3926 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/12/2023 | -150 | * | ONLINE TRANSFER REF #IB0J86TVF6 TO PLATINUM CARD XXXXXXXXXXXX2180 ON 04/12/23 | Credit card payment (now paying through personal) |
| 04/11/2023 | -2251.21 | * | NORTHWESTERN MU RETRY PYMT 230404 4425066 R ILLINGWORTH PENICHO | |
| 04/11/2023 | -318.98 | * | VERIZON WIRELESS PAYMENTS 230411 048905990700001 000000004890599070000001 | Utility Payment |
| 04/11/2023 | -200.46 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 05E81C739881 ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/11/2023 | -97.6 | * | RECURRING PAYMENT AUTHORIZED ON 04/10 PETS BEST INSURANC 208-947-3896 ID S303100338310117 CARD 9156 | Insurance Payment (now switched to personal) |
| 04/11/2023 | -89.02 | * | RECURRING PAYMENT AUTHORIZED ON 04/10 PETS BEST INSURANC 208-947-3896 ID S383100338314462 CARD 9156 | Insurance Payment (now switched to personal) |
| 04/10/2023 | -200.46 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 6A16BC88579F ILLINGWORTH COMMUNICAT | Loan Payment |
| 04/10/2023 | -85 | * | RECURRING PAYMENT AUTHORIZED ON 04/08 INTUIT *QBooks Onl CL.INTUIT.COM CA S583098295281536 CARD 9156 | QB Software Payment |
| 04/10/2023 | 25 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J7N8MTQ ON 04/10/23 | Personal checking account transfer to this account |
| 04/07/2023 | -1896 | * | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS RETRY PYMT 230403 A1174 THIERRY PENICHOT | |
| 04/07/2023 | 2650 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J74KVQF ON 04/07/23 | Personal checking account transfer to this account |
| 04/07/2023 | 29851.64 | * | eDeposit in Branch/Store 04/07/23 01:54:35 PM 5116 VERNON AVE S EDINA MN | Check for media placement |
| 04/04/2023 | 360 | * | TICKETMASTER RES 0403-TH001 200060229323116 REBECCA ILLINGWORTH | Personal Distribution |
| 04/03/2023 | -35 | * | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/31 $218.23 ADP PAYROLL FEES ADP FEES 230331 440067966843 629537388ILLINGWORTH C | |
| 03/31/2023 | -218.23 | * | BUSINESS TO BUSINESS ACH ADP PAYROLL FEES ADP FEES 230331 440067966843 629537388ILLINGWORTH C | Payroll Fee |
| 03/28/2023 | 306 | * | TICKETMASTER RES 0327-TH001 200056300023116 REBECCA ILLINGWORTH | Personal Distribution |

| Date | Amount | | Description | Memo |
|---|---|---|---|---|
| 03/28/2023 | -35 | * | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/27 $668.20 FORWARDFINANCING 8882449099 78C1257DF337 ILLINGWORTH COMMUNICAT | |
| 03/27/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 78C1257DF337 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/27/2023 | -35 | * | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/24 $668.20 FORWARDFINANCING 8882449099 C8394F563081 ILLINGWORTH COMMUNICAT | |
| 03/24/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 C8394F563081 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/23/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 06D485497AE7 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/23/2023 | 500 | * | ONLINE TRANSFER FROM ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J2S8DJM ON 03/23/23 | Personal checking account transfer to this account |
| 03/22/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 BAC208B5D3BC ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/21/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 EA145F019682 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/21/2023 | -420.76 | * | BARCLAYCARD US CREDITCARD XXXXX1136 REBECCA ILLINGWORTH | Payment to Master Card (now paying from |
| 03/20/2023 | -932.36 | * | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230320 A4038 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 03/20/2023 | -2925.96 | * | BUSINESS TO BUSINESS ACH SUNRISE BANKS ACH XFERS 031723 Loan Payment #4000106479 | Loan Payment |
| 03/20/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH 8882449099 EBC5903615D6 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/20/2023 | -4000 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0J24P2DW ON 03/20/23 | Payroll payment |
| 03/20/2023 | -450 | * | ONLINE TRANSFER TO LATIN HILLS KITCHEN,LLC BUSINESS CHECKING XXXXXX9631 REF #IB0HZTHR5Z ON 03/19/23 | Loan Payment |
| 03/20/2023 | -1100 | * | ONLINE TRANSFER TO TINTO COCINA + CANTINA LLC BUSINESS CHECKING XXXXXX8815 REF #IB0HZTHPNK ON 03/19/23 | Loan Payment |
| 03/20/2023 | -500 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HZTHL64 ON 03/19/23 | Payroll payment |
| 03/17/2023 | -989.24 | * | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230317 A8168 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 03/17/2023 | -6303.73 | * | SELECT PORTFOLIO SPS 0031629165 Rebecca Illingworth | Loan Payment (no longer own) |
| 03/17/2023 | -6159.29 | * | SELECT PORTFOLIO SPS 0031629173 Rebecca Illingworth | Loan Payment  (no longer own) |

| 03/17/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 D94FD80238D7 ILLINGWORTH COMMUNICAT | Loan Payment |
|---|---|---|---|---|
| 03/17/2023 | -5 | * | NON-WELLS FARGO ATM TRANSACTION FEE | |
| 03/17/2023 | -105.42 | * | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/17 COCONUT DRIVE San Pedro BLZ 303076617742379 ATM ID ATM00010 CARD 9156 | Personal Distribution |
| 03/17/2023 | 23624.7 | * | RISE AND SHINE A IC Media R Mar 17 Invoice 202088 and 202089 | Check for media placement |
| 03/16/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 30587BBCD167 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/15/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 B5F1D6B0F17C ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/15/2023 | -200 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HYRC9SZ ON 03/15/23 | Payroll payment |
| 03/15/2023 | -600 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HYRC6Z7 ON 03/15/23 | Payroll payment |
| 03/15/2023 | -2000 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HYRBWWW ON 03/15/23 | Payroll payment |
| 03/14/2023 | -1000 | | BARCLAYCARD US CREDITCARD XXXXX9624 REBECCA ILLINGWORTH | Payment to Master Card (now paying from |
| 03/14/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 6E483A397164 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/14/2023 | -5 | * | NON-WELLS FARGO ATM TRANSACTION FEE | |
| 03/14/2023 | -512.99 | * | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/14 BARRIER REEF DRIVE San Pedro BLZ 383073795140372 ATM ID ATM00021 CARD 9156 | Personal Distribution |
| 03/14/2023 | -70.28 | * | PURCHASE AUTHORIZED ON 03/12 BARNES & NOBLE #20 FT LAUDERDALE FL S463071781155538 CARD 9156 | Personal Distribution |
| 03/13/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 F62195DC2B4A ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/13/2023 | -1000 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HXQLS2P ON 03/11/23 | Payroll payment |
| 03/13/2023 | -95.27 | * | PURCHASE AUTHORIZED ON 03/10 TACO CRAFT LBTS LAUD BY SEA FL S583070019086587 CARD 9156 | Personal Distribution |
| 03/10/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 35578DF0D072 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/10/2023 | -2000 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HXLZPNG ON 03/10/23 | Payroll payment |
| 03/10/2023 | -3500 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HXJD5YW ON 03/10/23 | Payroll payment |

| 03/10/2023 | 747 | * | TICKETMASTER RES 0309-TH001 200045672623116 REBECCA ILLINGWORTH | Personal Distribution |
|---|---|---|---|---|
| 03/09/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 BB93E138523F ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/09/2023 | -240.99 | * | VERIZON WIRELESS PAYMENTS 230309 048905990700001 0000000048905990700001 | Utility Payment |
| 03/09/2023 | -40 | * | PURCHASE AUTHORIZED ON 03/07 TOI SPA FORT LAUDE FORT LAUDERDA FL S383066793956510 CARD 9156 | Personal Distribution |
| 03/09/2023 | 18000 | * | eDeposit in Branch/Store 03/09/23 12:54:11 PM 8600 HIGHWAY 7 SAINT LOUIS PARK MN | Check for media placement |
| 03/09/2023 | -35 | * | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 03/08 $668.20 FORWARDFINANCING 8882449099 AC898F44E2FA ILLINGWORTH COMMUNICAT | |
| 03/08/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 AC898F44E2FA ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/08/2023 | -123.79 | * | PURCHASE AUTHORIZED ON 03/07 DOC BS RESTAURANT FORT LAUDERDA FL S463066724681877 CARD 9156 | Personal Distribution |
| 03/08/2023 | -61.36 | * | PURCHASE AUTHORIZED ON 03/06 THE FOXY BROWN 754-2004236 FL S303066022239174 CARD 9156 | Personal Distribution |
| 03/07/2023 | -2251.21 | * | NORTHWESTERN MU ISA PYMENT 230306 4425066 R ILLINGWORTH PENICHO | Life Insurance |
| 03/07/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 214AD4CBE028 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/07/2023 | 342 | * | TICKETMASTER RES 0306-TH001 200044128823116 REBECCA ILLINGWORTH | Personal Distribution |
| 03/06/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 05CA098C2A2E ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/06/2023 | -1000 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HWFBTKM ON 03/06/23 | Personal Distribution |
| 03/06/2023 | -42.55 | * | PURCHASE AUTHORIZED ON 03/05 PUBLIX SUPER MAR 1415 EAS FT LAUDERDALE FL P383064825619031 CARD 9156 | Personal Distribution |
| 03/06/2023 | -97.55 | * | RECURRING PAYMENT AUTHORIZED ON 03/05 PETS BEST INSURANC 208-947-3896 ID S583064455818497 CARD 9156 | Insurance Payment (now switched to personal) |
| 03/06/2023 | -88.97 | * | RECURRING PAYMENT AUTHORIZED ON 03/05 PETS BEST INSURANC 208-947-3896 ID S463064455828754 CARD 9156 | Insurance Payment (now switched to personal) |
| 03/06/2023 | -117.37 | * | PURCHASE AUTHORIZED ON 03/04 DOC BS RESTAURANT FORT LAUDERDA FL S383064066543801 CARD 9156 | Personal Distribution |
| 03/06/2023 | -2500 | * | PURCHASE AUTHORIZED ON 03/04 MERCEDES-BENZ PEMBROKE PEMBROKE PINE FL P000000481578936 CARD 9156 | Personal Distribution |

| 03/06/2023 | -1000 | * | PURCHASE AUTHORIZED ON 03/04 MERCEDES-BENZ PEMB 954-517-8600 FL S583063666811266 CARD 9156 | Personal Distribution |
|---|---|---|---|---|
| 03/06/2023 | -85 | * | RECURRING PAYMENT AUTHORIZED ON 03/04 INTUIT *QBooks Onl CL.INTUIT.COM CA S463063442831879 CARD 9156 | QB Software Payment |
| 03/06/2023 | -296.1 | * | PURCHASE AUTHORIZED ON 03/03 ESCARGOT BISTRO OAKLAND PARK FL S303063022328040 CARD 9156 | Personal Distribution |
| 03/03/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 F2C652EC1B6D ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/03/2023 | -218.23 | * | BUSINESS TO BUSINESS ACH ADP PAYROLL FEES ADP FEES 230303 440067660140 627572483ILLINGWORTH C | Payroll Fee |
| 03/03/2023 | -500 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HVQJTVT ON 03/03/23 | Payroll payment |
| 03/03/2023 | -5000 | * | WT FED#02346 REGIONS BANK /FTR/BNF=Zuckerman Law SRF# OW00003001566548 TRN#230303126461 RFB# OW00003001566548 | Attorney retainer |
| 03/03/2023 | -2400 | * | ONLINE TRANSFER TO LATIN HILLS KITCHEN,LLC BUSINESS CHECKING XXXXXX9631 REF #IB0HVGXDY9 ON 03/02/23 | Loan Payment |
| 03/03/2023 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 230303126461 SRF# OW00003001566548 TRN#230303126461 RFB# OW00003001566548 | Fee |
| 03/03/2023 | 333 | * | TICKETMASTER RES 0302-TH001 200041418523116 REBECCA ILLINGWORTH | Personal Distribution |
| 03/02/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 ACAFCB540AF2 ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/02/2023 | -175.02 | * | PURCHASE AUTHORIZED ON 03/01 BANFIELD 2183 FORT LAUDERDA FL S383060629656898 CARD 9156 | Personal Distribution |
| 03/01/2023 | -1689 | * | BUSINESS TO BUSINESS ACH AMERICAN EXPRESS ACH PMT 230301 A1962 THIERRY PENICHOT | Payment to my American Express used to pay media |
| 03/01/2023 | -668.2 | * | BUSINESS TO BUSINESS ACH FORWARDFINANCING 8882449099 32711E06E78E ILLINGWORTH COMMUNICAT | Loan Payment |
| 03/01/2023 | -26.77 | * | PURCHASE AUTHORIZED ON 03/01 WHOLEFDS FTL 101 2000 NOR FT. LAUDERDAL FL P583060637734141 CARD 9156 | Personal Distribution |
| 03/01/2023 | -20 | * | ONLINE TRANSFER TO ILLINGWORTH COMMUNICATIONS, INC BUSINESS PLATINUM SAVINGS XXXXXX9411 REF #IB0HTW3VFL ON 03/01/23 | Savings account deposit now at $0 |
| 03/01/2023 | -1200 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HTW3KWW ON 03/01/23 | Payroll payment |
| 03/01/2023 | -3500 | * | ONLINE TRANSFER TO ILLINGWORTH R EVERYDAY CHECKING XXXXXX1072 REF #IB0HTVGYTV ON 03/01/23 | Payroll payment |

ICI Checks -2023-05-30

| created_at | check_number | payee_name | amount | memo | posted |
|---|---|---|---|---|---|
| 05/19/2023 10:36 PM | VV2042 | Launch Media | $ 17,528.20 | Lunds + Byerlys Media Payment | |
| 05/16/2023 1:24 PM | VV2041 | Quicksilver | $ 510.45 | IL5644 Courrier Fee | |
| 05/04/2023 4:07 PM | VV2040 | Kenneth Edstrom | $ 5,500.00 | Bankruptcy Retainer | |
| 05/04/2023 10:58 AM | VV2039 | Scott Bretey | $ 22,437.20 | Reimbursement For Media Paid | |
| 04/20/2023 8:19 AM | VV2038 | Life Design Studios | $ 600.00 | Advertising Design Fee | |
| 04/17/2023 3:55 PM | VV2037 | Launch Media | $ 29,851.64 | Rockler April Media Payment | |
| 04/13/2023 5:40 AM | VV2036 | Kelsch Law | $ 1,000.00 | Illingworth Retainer | |
| 04/12/2023 6:20 PM | VV2035 | Brian Turner Voice Overs Talent | $ 3,600.00 | Rockler 021023 VO | |
| 04/12/2023 6:18 PM | VV2034 | Rahn Company Copy Writing | $ 1,200.00 | Rockler Invoice 881 Copy Writing | |

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
## District of Minnesota

In re  IC Media Results, Inc.

Debtor(s)

Case No. _____

Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal Services, I have agreed to accept ............................ | $ | 10,500.00 |
| Prior to the filing of this statement I have received .............. | $ | 10,500.00 |
| Balance Due ........................................................................ | $ | 0.00 |

2.      The source of the compensation paid to me was:

☐ Debtor                    ☒ Other (specify)    Debtor paid one half and Rebecca Pinechot paid one-half.
An additional $500 was paid for estimated costs.

3.      The source of the compensation to be paid to me is:

☒ Debtor                    ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.. Other services reasonably necessary to represent the debtor(s).

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

     I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated:   June 2, 2023                                                Signature of Attorney

                                                      /s/ Kenneth Edstrom

                                                      Kenneth Edstrom

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re   IC Media Results, Inc. _____   Case No. _____

_____   Chapter   7 _____
                                  Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   June 2, 2023 _____   /s/ Rebecca Penichot _____

                                         Rebecca Penichot/President
                                         Signer/Title

8105 Georgia, LLC
8105 Georgia St
Merrillville, IN 46410


Alpha Media - Amarillo
3505 Olsen Blvd #117
Amarillo, TX 79109


Audacy Inc.
625 2nd Ave S #200
Minneapolis, MN 55402


Audacy Inc.
1801 N Stetson Ave Ste 1250
Chicago, IL 60601


Beasley FM Acquisition
508 Person St
Fayetteville, NC 28301


Clear Channel Outdoor
3225 Spring St NE
Minneapolis, MN 55413


Clear Channel Outdoor
PO Box 847247
Dallas, TX 75284-7247


Clear Channel Outdoor
PO Box 402379
Atlanta, GA 30384-2379


Forward Financing, LLC
53 State St 20th Flr
Boston, MA 02109


Ft Myers Broadcasting
2824 Palm Beach Blvd
Fort Myers, FL 33916


Goldman, Evans and Trammell
1`0323 Cross Creek Blvd Ste F
Tampa, FL 33647


Good Karma Broadcasting
190 N State St 7th Flr
Chicago, IL 60601-3302


Good Karma Broadcasting-White Sox
301 W Wisconsin Avenue Suite 200
Milwaukee, WI 53203


Gurstel Law Firm, P.C.
6681 Country Club Drive
Golden Valley, MN 55427

Hall Communications - WWRZ & WPCV
404 West Lime Street
Lakeland, FL 33815-4651


ICA Radio
PO Box 610062
Dallas, TX 75261-0062


ICA Radio - KCHX Odessa
1330 E 8th St Ste 207
Odessa, TX 79761


iHeart Radio
20880 Stone Oak Pkwy
San Antonio, TX 78258


KBGT LaVoz 93.3
209 s Danville Dr Ste a-100
Abilene, TX 79605


KBGT LaVoz 93.3
209 S Danville Dr Ste A-100
Abilene, TX 79605


KNUE/KKTX
3810 Brookside Dr
Tyler, TX 75701


KQDS
11 E Superior St Ste 380
Duluth, MN 55802


KXTQ FM Lubbock
PO Box 3757
Lubbock, TX 79452


Lamar Media
c/o Don Mayeux 5321 Corporate Blvd
Baton Rouge, LA 70808


Launch Media
804 Main Street
Baton Rouge, LA 70802


Midwest Billboards
930 W Douglas Ave Ste E
Wichita, KS 67203


Midwest Communications - Duluth - KQDS
11 E Superior St #380
Duluth, MN 55802


Midwest Communications - WGEE/WYDR Apple
1420 Bellevue St
Appleton, WI 54311-5649

Outfront Media
901 S Marquette Ave Unit 600
Minneapolis, MN 55402

Outfront Media
c/o Lancey Baskett 185 Hwy 46
Fairfield, NJ 07004

Prophecy Media Group Waco
6401 Cobbs Dr
Waco, TX 76710

Reagan Outdoor - Indianapolis
511 Madison Ave
Indianapolis, IN 46225

Regan Outdoor Indianapolis
PO Box 958289
Saint Louis, MO 63195-8289

Richard T. Avis Attorney
Atn: Paul Mette PO Box 31579
Chicago, IL 60631

Richard T. Avis, Atty
Attn: Paul Mette
 P.O. Box 31579
Chicago, IL 60631

Small Business Administration
409 3rd St SW
Washington, DC 20416

Sunrise Bank
525 Washington Ave N
Minneapolis, MN 55401

Szabo Associates
Attn: Michael Peterson
3355 Lenox Rd NE Ste 945
Atlanta, GA 30326

Telemedia - Fredericksburg
4414 Lafayette Blvd Ste 100
Fredericksburg, VA 22408

Townsquare Amarillo KATP FM
5406 Winners Circle
Amarillo, TX 79110

Townsquare Media
PO Box 731227
Dallas, TX 75373-1227

```
Townsquare Media - LAF
1749 Bertrand Dr
Lafayette, LA 70506


Townsquare Media - Odessa
11300 State Highway 191 Bldg 2
Midland, TX 79707


Townsquare Media - Odessa
11300 State Highway 19 Bldg 2
Midland, TX 79707


Townsquare Media St Cloud
640 SE Lincoln Ave SE
Saint Cloud, MN 56304


Townsquare Media Tyler (KNUE/KKTX)
3810 Brookside Dr
Tyler, TX 75701


US Attorney's Office
c/o Adine Momoh, Esq. 300 S 4th St
Minneapolis, MN 55415


WFXG TV
3914 Wistar Rd
Henrico, VA 23228


WFXG TV Augusta
3933 Washington Rd
Augusta, GA 30907


WGAC Beasley Augusta
PO Box 1556
Columbus, GA 31902-1556


WGEE/WYDR
1420 Bellevue St
Appleton, WI 54311-5649


WOGK/WYND
1901 E Ft King St
Ocala, FL 34471


WOGK-FM/WYND-FM
3602 NE 20th Pl
Ocala, FL 34470


WWRC & WPCV
404 W Lime St
Lakeland, FL 33815-4651
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**CASE NO.** YY-#### XXX

IN RE:  IC MEDIA RESULTS, INC.

DEBTOR(S).                                                                **CHAPTER 7**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1, the Debtor, IC Media Results, Inc., makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

N/A

OR

☒ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

Dated: May 30, 2023                              _/e/ Kenneth C. Edstrom_____
                                                 Kenneth C. Edstrom (148696)
                                                 Sapientia Law Group
                                                 120 South Sixth Street, Suite 100
                                                 Minneapolis, MN  55402
                                                 612-756-7100
                                                 kene@sapientialaw.com

                                                 Attorneys for IC Media Results, Inc.

4883-0286-6023, v. 1

1